United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAKUSHA GOZO, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-00159 |
| | § | |
| ALEJANDRO MAYORKAS, | § | |
| "Respondent." | § | |

## ORDER OF DISMISSAL

Before the Court is Respondent's "Notice Regarding Petitioner's Custody Status" ("Notice") (Dkt. No. 48). A citizen of Zimbabwe, Petitioner entered the United States August 21, 1992, on an F-1 student visa. Dkt. No. 1. After multiple convictions for bank fraud and related crimes, Petitioner was subject to a final order of deportation. Dkt. No. 31-1. On November 3, 2022, Petitioner was released from the United States Bureau of Prisons' custody to the Department of Homeland Security's Immigration and Customs Enforcement ("ICE") to enforce his removal. *Id.* While in ICE custody, Petitioner was released to an Alternative Detention Program in Harlingen, Texas. *Id.* Subsequently, Petitioner filed this habeas suit, challenging ICE's decision to ankle monitor him as part of his order of supervision. Dkt. No. 1.

Upon the Court's review of Respondent's Notice and accompanying exhibits, Petitioner's claim is now moot. ICE recently took Petitioner into custody, pending his removal from the United States, and is no longer subject to the ankle monitor requirement. Dkt. Nos. 48-1 & 48-2.

All pending motions and claims are **DISMISSED AS MOOT**.[1] This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is **ORDERED** to close this case.

Signed on this ___21st___ day of ___March___, 2024.

Rolando Olvera
United States District Judge

---

[1] Accordingly, the "Magistrate Judge's Report and Recommendation" (Dkt. No. 41), which was docketed on March 4, 2024, is moot as well.